UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

KHAZAK MARTIROSYAN & ARUSYAK KHACHATRYAN,

Plaintiff,

v.

DAVID L. NEAL, et al.,

Defendants.

Case No.: 25-cv-00030-BTM-DEB

**ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER**

**[ECF NO. 5]**

The parties filed a Joint Motion to Continue Hearing on Motion for Temporary Restraining Order. Good cause appearing, the Court **GRANTS** the parties' joint motion. The hearing previously set for January 23, 2025 is hereby RESET for February 20, 2025 at 1:30 PM.

**IT IS SO ORDERED.**

Dated:  January 22, 2025

Honorable Barry Ted Moskowitz
United States District Judge