UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHAZHAK MARTIROSYAN & ARUSYAK KHACHATRYAN, | Case No.:  3:25-cv-30-BTM-DEB |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| DAVID L. NEAL, DIRECTOR; U.S. DEPARTMENT OF HOMELAND SECURITY; IMMIGRATION AND CUSTOMS ENFORCEMENT; MANAGEMENT AND TRAINING CORPORATION; and CHRISTOPHER J. LaROSE, | |
| Defendants. | |

1

Plaintiffs having filed a notice of voluntary dismissal, this case is dismissed without prejudice.  The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated:  February 6, 2025

_____

Honorable Barry Ted Moskowitz
United States District Judge